**THE HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF EVERETT, a Washington municipal corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>PURDUE PHARMA, L.P., a Delaware limited partnership; PURDUE PHARMA, INC., a New York corporation; THE PURDUE FREDERICK COMPANY, INC., a New York corporation; and JOHN AND JANE DOES 1 THROUGH 10, individuals who are executives, officers, and/or directors of Purdue,<br><br>                    Defendants. | Case No. 2:17-CV-00209<br><br>**STIPULATED MOTION AND ORDER REGARDING DEADLINE FOR FILING AMENDED COMPLAINT AND/OR BRIEFING SCHEDULE ON MOTION TO DISMISS** |

## **STIPULATION**

1. On February 17, 2017, the Court entered its Order [Dkt. No. 7] granting the parties' Stipulated Motion to Extend Defendants' Time to Respond to Complaint [Dkt. No. 6], which extended the time to March 20, 2017 for defendants Purdue Pharma L.P., Purdue Pharma, Inc., and The Purdue Frederick Company, Inc. ("Defendants") to respond to the original complaint filed by plaintiff City of Everett ("Plaintiff").

2. On March 20, 2017, in response to Plaintiff's original complaint, Defendants filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) [Dkt. No. 8] (the "Dismissal Motion").

STIPULATED MOTION AND
[PROPOSED] ORDER - 1
CASE NO. 2:17-CV-00209-RSM

KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

3. Pursuant to LCR 7(d)(3), the deadline for Plaintiff to file its opposition papers to the Dismissal Motion is currently April 10, 2017. Similarly, pursuant to FRCP 15(a)(1)(B), the deadline for Plaintiff to file an amended complaint "as a matter of course" is also April 10, 2017.

4. In order to have sufficient time to evaluate the issues and arguments raised by the Dismissal Motion, and prepare either opposition papers or an amended complaint (as well as address conflicting scheduling issues in other matters), counsel for Plaintiff have requested a short, thirty-day extension. Counsel for the parties have met and conferred regarding Plaintiff's request, and Plaintiff and Defendants hereby stipulate to extend the deadlines to May 10, 2017 for Plaintiff to file either its opposition papers to the Dismissal Motion or an amended complaint.

5. The parties have also agreed that the pending Dismissal Motion shall be re-noted to May 19, 2017. However, in the event Plaintiff files an amended complaint (rather than opposition papers) on May 10, 2017, then the pending Dismissal Motion shall be stricken as moot and Defendants shall respond to the amended complaint. Plaintiff and Defendants hereby stipulate that, in that event, the deadline for Defendants' response to an amended complaint shall be June 9, 2017.

6. The parties have also met and conferred regarding an agreed briefing schedule in the event that Plaintiff files an amended complaint on May 10, 2017 and then Defendants file a new motion to dismiss (rather than an answer) on June 9, 2017. If Defendants move to dismiss the amended complaint, then Plaintiff will file its opposition papers on or before July 10, 2017, Defendants will file their reply papers on July 25, 2017, and Defendants' new motion to dismiss shall be noted for consideration on July 28, 2017.

7. Counsel for the parties have met and conferred in good faith, there is good cause for the requested extensions of time and proposed briefing schedule, and the parties' stipulation will not delay this proceeding or cause prejudice.

8. Accordingly, pursuant to the parties' stipulation, and subject to the Court's approval, the parties specifically agree as follows:

STIPULATED MOTION AND
[PROPOSED] ORDER - 2
CASE NO. 2:17-CV-00209-RSM

**KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC**
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

(a) The deadlines for Plaintiff to file either its opposition papers to the pending Dismissal Motion or an amended complaint are extended to May 10, 2017.

(b) The pending Dismissal Motion shall be re-noted to May 19, 2017. However, in the event Plaintiff files an amended complaint (rather than opposition papers) on or before May 10, 2017, then the pending Dismissal Motion shall be stricken as moot and Defendants will respond to the amended complaint.

(c) If Plaintiff files an amended complaint on or before May 10, 2017, then the deadline for Defendants' response to such amended complaint is June 9, 2017.

(d) If Defendants move to dismiss the amended complaint (rather than filing an answer) on or before June 9, 2017, then the deadline for Plaintiff's opposition papers is July 10, 2017, the deadline for Defendants' reply papers is July 25, 2017, and Defendants' new motion to dismiss shall be noted for consideration on July 28, 2017.

STIPULATED MOTION AND
[PROPOSED] ORDER - 3
CASE NO. 2:17-CV-00209-RSM

**Kelley, Goldfarb,
Huck, Roth, & Riojas, PLLC**
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

**SO STIPULATED** this March 27, 2017.

                    **Kelley, Goldfarb, Huck, Roth & Riojas, PLLC**
*/s/ Michael A. Goldfarb*_____
Michael A. Goldfarb, WSBA No. 13492
*/s/ Christopher M. Huck*_____
Christopher M. Huck, WSBA No. 34104
*/s/ Kit W. Roth*  _____
Kit W. Roth, WSBA No. 33059
*/s/ R. Omar Riojas*  _____
R. Omar Riojas, WSBA No. 35400

700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone:  (206) 452-0260
Facsimile:  (206) 397-3062
Email:  goldfarb@kelleygoldfarb.com
Email:  huck@kelleygoldfarb.com
Email:  roth@kelleygoldfarb.com
Email:  riojas@kelleygoldfarb.com

Attorneys for Plaintiff City of Everett

  **Karr Tuttle Campbell**
*/s/ Thomas D. Adams*
Thomas D. Adams, WSBA No. 18470
*/s/ Ronald J. Friedman*
Ronald J. Friedman, WSBA No. 41629
*/s/ Stephanie R. Lakinski*
Stephanie R. Lakinski, WSBA No. 46391
*/s/ Andrew W. Durland*
Andrew W. Durland, WSBA No. 49747

701 Fifth Avenue, Suite 3300
Seattle, WA 98104
Telephone:  (206) 223-1313
Facsimile:  (206) 682-7100
Email:  tadams@karrtuttle.com
Email:  rfriedman@karrtuttle.com
Email:  slakinski@karrtuttle.com
Email:  adurland@karrtuttle.com

Attorneys for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc.

STIPULATED MOTION AND
[PROPOSED] ORDER - 4
CASE NO. 2:17-CV-00209-RSM

**Kelley, Goldfarb,
Huck, Roth, & Riojas, pllc**
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

# ORDER

Pursuant to the above Stipulated Motion, **IT IS SO ORDERED**.

DATED this 28 day of March, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND
[PROPOSED] ORDER - 5
CASE NO. 2:17-CV-00209-RSM

KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260