UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF EVERETT, a Washington municipal corporation,<br><br>Plaintiff,<br><br>v.<br><br>PURDUE PHARMA, L.P., a Delaware limited partnership; PURDUE PHARMA, INC., a New York corporation; THE PURDUE FREDERICK COMPANY, INC., a New York corporation; and JOHN AND JANE DOES 1 THROUGH 10, individuals who are executives, officers, and/or directors of Purdue,<br><br>Defendants. | Case No. C17-209 RSM<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE OVER-LENGTH BRIEF** |

**THIS MATTER** came before the Court on Plaintiff's Unopposed Motion to File Over-length Brief, the Court having considered the pleadings and papers filed, and all other matters properly before the Court,

**IT IS HEREBY ORDERED** that Plaintiff's Unopposed Motion to File Over-length Brief is **GRANTED** and Plaintiff may file a brief not to exceed 30 pages in length in opposition to Defendant's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) [Dkt. No. 8].

ORDER GRANTING UNOPPOSED
MOTION TO FILE OVER-LENGTH BRIEF - 1
CASE NO. 2:17-CV-00209-RSM

**KELLEY, GOLDFARB,
HUCK, ROTH, & RIOJAS, PLLC**
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260

DATED this 2nd day of May 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**Kelley, Goldfarb, Huck, Roth & Riojas, PLLC**
*/s/ Michael A. Goldfarb*
Michael A. Goldfarb, WSBA No. 13492
*/s/ Christopher M. Huck*
Christopher M. Huck, WSBA No. 34104
*/s/ Kit W. Roth*
Kit W. Roth, WSBA No. 33059
*/s/ R. Omar Riojas*
R. Omar Riojas, WSBA No. 35400

700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
Email: goldfarb@kelleygoldfarb.com
Email: huck@kelleygoldfarb.com
Email: roth@kelleygoldfarb.com
Email: riojas@kelleygoldfarb.com

Attorneys for Plaintiff City of Everett

ORDER GRANTING UNOPPOSED
MOTION TO FILE OVER-LENGTH BRIEF - 2
CASE NO. 2:17-CV-00209-RSM

**Kelley, Goldfarb,
Huck, Roth, & Riojas, PLLC**
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
(206) 452-0260